MAY 28 2021 PM2:42
FILED - USDC - BPT - CT

United States District Court
District of Connecticut

Avery Watson
V.
Wheeler Clinic, et al
Lisa Preble, Individually
Heather Arduini, Individually
Erica Baloga, Individually
Patricia Speicher, Individually

Case NO. 3:21-cv-503 (RNC)

May 28, 2021

Motion to Release Att Richard C Gordon

In light of the fact you have continually threatened to withdraw from my case, coupled this time with advising me you have previously shared with the other side that you will withdraw from my case later today.", causes me to write. With all that, you still insist on staying on just to now hurriedly Amend Complaint which was filed approximately two months ago. It is wrong on so many levels. Your conduct towards me has been unethical, manipulative and as you are aware, grievous!

Attorney Gordon, I feel it is best we terminate this legal relationship immediately. Since last week, I have repeatedly asked you to reschedule the Settlement Hearing coming up June 9, yet you advise that I will now have to do my own cancellation/rescheduling. Yet you say you plan to Amend the Complaint.

However, for some inconspicuous reason you insist on Amending the Complaint after I ask you not to.

Once again, I have already told you that I did not want you to Amend the Complaint, as I am not confident you will take time to provide proper wording as you have demonstrated with the initial filed Complaint. The fact you insist on putting together an Amended Complaint after I have repeatedly asked you not to as it will compromise the case severely, baffles me.

You have not communicated with me as an ally; you do not receive any input as to my experience, you lack compassion, dedication to the case, and have failed to provide aggressive representation on my behalf. The reporal you tell me you have built with Mary seems to have compromised your ability to follow through in the way you promised you would prior to Retainage.

You also sitel that you have worked 240 hours to date and expect to be compensated $96,000.00. This is unreasonable and; as I have told you yesterday, I further demand you cease and desist any efforts on my case..

*Avery Watson*  5/28/21