UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AVERY WATSON

        v.

WHEELER CLINIC, INC.
LISA PREBLE, *individual capacity*
PATRICIA SEPICHER WERBNER, *Chief Of Human Resources, individual capacity*
LISA ROTH, *individual capacity*
HEATHER ARDUINI, *individual capacity*
THEODORE ANDERSON DIAZ
*Vice President, Adult Outpatient Services*

CASE NO.: 3:21CV503(MPS)

## **JUDGMENT**

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on September 14, 2023, granting the motion; it is therefore

ORDERED ADJUDGED and DECREED that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 18th day of September 2023.

DINAH MILTON KINNEY, Clerk

By     /s/
Devorah Johnson
Deputy Clerk

EOD 9/18/23