**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-four,

---

Avery Watson,

    Plaintiff - Appellant,

v.

Wheeler Clinic, Inc., Lisa Preble, is sued in her individual capacity, Patricia Speicher Werbner, Chief of Human Resources, is sued in her individual capacity, Lisa Roth, sued in her individual capacity, Theodore Anderson Diaz, Vice President, Adult Outpatient Services, Heather Arduini, is sued in her individual capacity, Erica Baloga, is sued in her individual capacity,

    Defendants - Appellees,

Heater Arduini, is sued in her individual capacity,

    Defendant.

**ORDER**
Docket No. 23-7449

---

A notice of appeal was filed on October 19, 2023. Appellant's brief and any required appendix, due March 11, 2024, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective April 1, 2024, if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 04/24/2024**